UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DIONISIE GOIA, an individual; DANIELA GOIA, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, NA, SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, NA F/K/A WACHOVIA MORTGAGE FSB F/K/A WORLD SAVINGS BANK, FSB; NDEX WEST, LLC; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.:  8:11-cv-01064-CJC -RNB <br><br> [Assigned to the Hon. Cormac J. Carney] <br><br> [~~PROPOSED~~] **JUDGMENT OF DISMISSAL** |

On September 14, 2011, this Court entered an Order granting, without leave to amend, the Motion to Dismiss Plaintiff's Complaint filed by defendant WELLS FARGO BANK, N.A., successor by merger to Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a WORLD SAVINGS BANK, FSB ("Wells

Fargo"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  In accordance with that Order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Plaintiffs' complaint is dismissed with prejudice;

2. Plaintiff s shall take nothing from defendant Wells Fargo; and

3. As the prevailing party, defendant Wells Fargo may submit motions to tax costs and to recover attorneys' fees.

**IT IS SO ORDERED:**

Dated:  <u>Septmeber 16, 2011</u>

THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

95451/000893/00228894-1

2

CASE NO.:  8:11-CV-01064-CJC -RNB
CERTIFICATE OF SERVICE